**IT IS SO ORDERED**
*Judge Thelton E. Henderson*

**GEARINGER LAW GROUP**
740 FOURTH STREET
SANTA ROSA, CALIFORNIA
95404
Tel. (415) 440-3102

BRIAN GEARINGER (State Bar #146125)

**SCOTT LAW FIRM**
1388 SUTTER STREET, SUITE 715
SAN FRANCISCO, CALIFORNIA
94109
Tel. (415) 561-9600

JOHN HOUSTON SCOTT (State Bar #72578)
LIZABETH N. DE VRIES (State Bar #227215)

Attorneys for Plaintiffs FORTUNE PLAYERS GROUP, INC.,
ANGELITA DE LOS REYES and VANESSA PARUNGAO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTUNE PLAYERS GROUP, INC., ANGELITA DE LOS REYES, and VANESSA PARUNGAO<br><br>Plaintiffs,<br><br>v.<br><br>WAYNE QUINT, JR., YOLANDA SANCHEZ, AARON WONG, MICHAEL FANUCCHI, MARK LEGAREJOS, MICAH SCOTT, STEVE NORRIS, HOLLY KINNEY, ROCHELLE SHADWICK and DOES ONE to FIFTY, inclusive.<br><br>Defendants. | Case No. C 3:16-cv-00800-TEH<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF PLAINTIFFS' CLAIMS FOR MONETARY DAMAGES**<br>[F.R.C.P. Rule 41(a)(1)(A)(ii)]<br><br>Date Action Filed: February 17, 2016<br>Trial Date: Not set. |

IT IS STIPULATED by and between all parties, through their designated counsel, as follows:

## STIPULATION

Plaintiff Fortune Players Group, Inc., Plaintiffs Angelita De Los Reyes and Vanessa Parungao (collectively "Plaintiffs") and Defendants Wayne Quint, Jr., Yolanda Sanchez, Aaron Wong, Michael Fanucchi, Mark Legarejos, Micah Scott, Steve Norris, Holly Kinney, and Rochelle Shadwick (collectively "Defendants") by and through their attorneys of record, stipulate as follows:

Plaintiff Fortune Players Group, Inc. dismisses *without prejudice* all of its claims for monetary damages set forth in its Fifth, Sixth, and Seventh Claims for Relief set forth in Plaintiffs' February 17, 2016 Complaint.

Plaintiffs Angelita De Los Reyes and Vanessa Parungao dismiss *without prejudice* all of their claims for monetary damages set forth in their Fifth, Sixth, Seventh and Eights Claims for Relief set forth in Plaintiffs' February 17, 2016 Complaint.

Plaintiffs and Defendants will bear their own attorneys' fees and costs in connection with this Dismissal of certain Claims for Relief *without prejudice*.

IT IS SO STIPULATED

Dated: May 6, 2016                           GEARINGER LAW GROUP

By: /s/ Brian Gearinger
BRIAN GEARINGER
ATTORNEYS FOR PLAINTIFFS FORTUNE PLAYERS GROUP, INC., ANGELITA DE LOS REYES AND VANESSA PARUNGAO

| | | |
|---|---|---|
| 1 | Dated:  May 6, 2016 | SCOTT LAW OFFICE |
| 2 | | By: /s/ John Houston Scott |
| 3 | | JOHN HOUSTON SCOTT |
| | | ATTORNEYS FOR PLAINTIFFS FORTUNE PLAYERS GROUP, INC., ANGELITA DE LOS REYES AND VANESSA PARUNGAO |

Dated:  May 6, 2016    KAMALA D. HARRIS
                       Attorney General of California
                       SARA J. DRAKE
                       Senior Assistant Attorney General
                       PARAS HRISHIKESH MODHA
                       Deputy Attorney General
                       TIMOTHY M. MUSCAT
                       Deputy Attorney General
                       JOHN P. DEVINE
                       Supervising Deputy Attorney General
                       MICAH C. E. OSGOOD
                       Deputy Attorney General


BY: /s/ MICAH C. E. OSGOOD
ATTORNEYS FOR DEFENDANTS

**ATTORNEY ATTESTATION OF COMPLIANCE WITH LOCAL RULE 5-1(i)**

I, Brian Gearinger, attest that I have the concurrence of Micah C. E. Osgood, counsel for Defendants, in the filing of this Stipulation, and I will maintain records to support this concurrence for subsequent production for the Court, if so ordered, or for inspection upon request by a party, until one year after the final resolution of the action (including appeal, if any).

Dated:  May 6, 2016    GEARINGER LAW GROUP

By: /s/ Brian Gearinger
BRIAN GEARINGER
ATTORNEYS FOR PLAINTIFFS FORTUNE PLAYERS GROUP, INC., ANGELITA DE LOS REYES AND VANESSA PARUNGAO